F I L E D
CLERK, U.S. DISTRICT COURT

02/08/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>SIU KONG SIT,<br><br>            Defendant. | No. 8:24-cr-00016-JWH<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about February 27, 2023, in Orange County, within the Central District of California, defendant SIU KONG SIT knowingly possessed a Seagate hard drive, with serial number NA8H4764, that contained at least three images and videos of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), at least three of which images and videos involved prepubescent minors and minors who had not attained 12 years of age, that had been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images and videos were

child pornography.

    The child pornography that defendant SIT knowingly possessed included the following:

1. An image titled "123 (3).jpg;"
2. An image titled "123 (4).jpg;" and
3. An image titled "123 (6).jpg."

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

MELISSA S. RABBANI
Assistant United States Attorney
Santa Ana Branch Office