# United States Probation & Pretrial Services

United States District Court
Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT
02/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 8888471

**Passport Receipt**

Defendant Name: Siu Kong Sit
Name on passport, if different: enter text.
Country of Origin: United States
Passport Number: 656933265
Date passport issued: November 23, 2020
Expiration date of passport: November 22, 2030
Ordered by court in the Central District of California
Docket Number: 8:24CR00016-001

U.S. Probation & Pretrial Services
Santa Ana Branch

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4170
Santa Ana, CA 92701-4597
Phone 714-338-4550 / Fax 714-338-4570

_[signature]_
Surrendered By

2/12/24
Date

_[signature] Monica Chang Perz_
Received By

2/12/24
Date

_____
Returned To

_____
Date

_____
Surrendered By

_____
Date

Purpose Returned
Address (if mailed)