R.DARREN CORNFORTH, ESQ. (SBN 201919)
LAW OFFICES OF R. DARREN CORNFORTH
510 West 6th Street, Suite 1210
Los Angeles, CA 90014
Tel: (213) 514-5123
Fax: (213) 514-5108
Email: rdcornforth@gmail.com

Attorney for Defendant,
SIU KONG SIT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 24-CR-00016-JWH |
|---|---|---|
| Plaintiff, | ) | DEFENDANT SIU KONG SIT'S OBJECTIONS TO THE PRESENTENCE REPORT AND SENTENCING MEMORANDUM |
| v. | ) | |
| | ) | DATE: September 10, 2024 |
| SIU KONG SIT, | ) | TIME: 2:00 P.M. |
| Defendant. | ) | PLACE: Courtroom of the Honorable John W. Holcomb, United States District Court Judge |

TO THE HONORABLE JOHN W. HOLCOMB, UNITED STATES DISTRICT COURT JUDGE:

Defendant Siu Kong Sit, by and through his attorney of record, R. Darren Cornforth, hereby submits his Objections to the Presentence Report and Sentencing Memorandum.

# I.

# INTRODUCTION

On March 29, 2024, Mr. Sit pled guilty to the single-count Information. Count 1 charges that the defendant violated 18 U.S.C. §2252A(a)(5)(B), (b)(2), Possession of Child Pornography.

**1. Plea Agreement**

Mr. Sit pled guilty pursuant to a written plea agreement which reflects the parties stipulated guideline factors. The parties agreed the base offense level would be a base offense level of 32 pursuant to U.S.S.G. § 2G2.1(a); a 2 level increase for minors under 16 pursuant to U.S.S.G. 2G2.1(b)(1); a 2 level increase for supervisory control pursuant to U.S.S.G. § 2BG2.1(b)(5); a 5 level increase for more than 5 victims pursuant to U.S.S.G. §2G2.1(d); §3D1.4; and a 3 level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. §3E1.1(a) and (b). This results in a total offense level of 38 and a criminal history category 1.

**2. Presentence Report**

On or about July 12, 2024, counsel for Mr. Sit received the United States Probation Officer's presentence investigation report. The probation officer calculated Mr. Sit's total offense level at level 40 and a criminal history category 1.

**A.   Objections to Presentence Report**

The United States Probation Officer calculated the applicable sentencing guidelines separately for each of nine victims. Applying a multiple-count adjustment, the probation officer calculation resulted in a total offense level of 40 with a criminal history category of 1.

Counsel for the Government and Defendant calculated the applicable guideline range differently. Pursuant to the parties' plea agreement, counsel for the Government and Defendant concur that the total offense level in this case is 38.

\\\

Finally, counsel disagrees with the probation officer's conclusion that there are no factors that warrant a departure from the guideline range. (PSR ¶214.) As discussed below, counsel believes that many of the U.S.S.G. §3553(a) factors warrant a downward sentencing adjustment.

## III.

## 18 U.S.C. §3553(a) FACTORS RELEVANT IN THE INSTANT CASE

### 1. Nature and Circumstances of the Offense

Mr. Sit was a teacher at Beckman High School in Irvine, California. On February 27, 2023, Irvine Police Department officers were made aware of two cameras found in two separate bathrooms at the high school. Mr. Sit had installed the cameras which were used to record and store images of individuals who used the bathroom. The images were of adults and children either going to the bathroom or changing. (One of the bathrooms was near the high school pool).

On a 2022 trip to Texas with his high school robotics team, he installed a camera in the restroom of the hotel room where the students were staying.

### 2. History and Characteristics of the Defendant

#### A. Family and Background Information

Mr. Sit is 38 years old. He was born in Hong Kong. He has a twin brother who is married and employed as a high school teacher. He has an older sister who is married and lives in Los Angeles County.

At the age of 5 years old, his family immigrated to the United States and resided in Rowland Heights, California. In Hong Kong, his father worked as an engineer and his mother was a homemaker. In the United States, his father still worked as an engineer in the textile industry. His parents then opened a men's clothing store. His parents have since retired.

While growing up, both of her parents were supportive of Mr. Sit. They were a happy and hard working family. In Hong Kong, the family lived in a two bedroom apartment as space was at a premium in Hong Kong. His parents decided to move to the United States for several reasons including a better environment to grow up with respect to open spaces and parks. Also, the

educational system in Hong Kong places tremendous stress on children at an early age to achieve high marks. Mr. Sit and his siblings were very bright children. Their parents did not think it was appropriate or beneficial to grown up in an overly competitive educational environment. Moreover, his father had an employment opportunity in California to continue work as an engineer.

      Mr. Sit was fortunate to always go to school with his twin brother as they quickly learned English and made friends at elementary school through high school. He and his brother have always played basketball. They both were on the cross country running team in high school. They both were in the high school band. Mr. Sit played the trombone.

      His father is 73 years old. His health is failing. Specifically, both his knees have deteriorated to the point where he uses a cane to walk. In February, 2024, he had surgery on his right knee. He now has surgery scheduled for his left knee. His mother is 67. She has nigh blood pressure, high cholesterol and diabetes. She had been hospitalized with Covid. Mr. Sit lives at home with his parents. He helps his parents with any heavy lifting, gardening and home maintenance. He helps his parents with shopping and medical appointments.

      His family members and friends describe Mr. Sit as a dedicated, loyal and caring son. The numerous attached letters of his family members, colleagues and friends write of his good character as a thoughtful and generous person. When someone was in need. He helped out. He showed up. He had a purpose in life to be the best teacher he could be and impart his knowledge on his students whether a student was an "A" student or struggling along in high school. Mr. Sit is extremely proud of his students how they progressed throughout the school year to really learn math, engineering and robotics. He has dedicated his professional career to being a teacher. He truly cares about helping others. Specifically, as to his students, helping them achieve their goals and pursuing academic excellence.  (Please see letters attached hereto as Exhibit "A")

      Further, he regrets his conduct in this case tremendously. When he was initially arrested by law enforcement, he agreed to write a letter of apology. He wrote, "I apologize in the most sincere way for any emotional damage I have caused anyone as a result of all of this. I will do whatever I can to atone for what I have done. I know it's not fair to ask for forgiveness, but I truly regret what I have done."

### B. Education

He was a very good student. He graduated with honors from Rowland High School having excelled in math and science. He was part of the math club in high school and was the number 1 math student. Having obtained excellent grades in high school, he was accepted to the University of California, Berkeley, School of Engineering. He graduated in 2008 with a degree in Mechanical Engineering and Material Science.

### C. Employment

Following graduation, he was employed as a math and science tutor followed by employment as a service engineer for a company in San Bernardino. He then attended the University of California, Irvine and obtained a Masters of Art, education. In 2015, he then began employment at Beckman High School in Irvine. He taught math, engineering and robotics. He remained at the school until his arrest in this case.

At his high school, Mr. Sit started the robotics team. They have been five time state champions out of the last seven years. His team made the world competition the past six years in a row and got to the finals the past two years, finishing runner up. He was so proud of his students for their accomplishment. He managed a total of 6 teams comprised of 48 students.

### D. Mental Health

Additionally, Mr. Sit has suffered from mental health issues. He has been diagnosed with depression. He has been under the care of a psychiatrist for the past year and a half. (Please see letter of Dr. Yang attached dated August 1, 2024 hereto as Exhibit "A"). Dr. Yang writes of Mr. Sit's remorse over his conduct in this case. He has let down his students as well as his parents and family. Mr. Sit loved being a teacher and seeing his students develop their intellect and understanding of complex math, engineering and robotic concepts and equations.

\\\

**3. Need for the Sentence Contemplated**

Section 3553(a)(2) states that the Court, when considering what sentence to impose, shall consider the "need for the sentence imposed." In this regard, the statute states that these factors shall include the need:

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) To afford adequate deterrence to criminal conduct;

(C) To protect the public from further crimes of the defendant; and

(D) To provide the defendant with needed educational or vocational training, medical care, or correctional treatment in the most effective manner.

Counsel submits that his early plea and admission of guilt, lack of any criminal history, cooperation with law enforcement upon arrest, and the U.S.S.G. §3553(a) factors regarding his life, warrant a sentence of 10 years.

**SENTENCING CALCULATION**

| | |
|---|---|
| BASE OFFENSE: | +32 |
| SPECIFIC OFFENSE CHARACTERISTICS: | +9 |
| ACCEPTANCE OF RESPONSIBILITY: | -3 |
| §3553(a) FACTORS: | -6 |
| TOTAL OFFENSE LEVEL: | 32 |
| CRIMINAL HISTORY CATEGORY: | 1 |
| GUIDELINE SENTENCING RANGE: | 121-151 months |

\\\

## IV.

## CONCLUSION

Mr. Sit requests this Court to consider this Sentencing Memorandum in fashioning a fair and just sentence.

Counsel submits this sentencing recommendation provides just punishment for the offense, promotes respect for the law, affords adequate deterrence from further crimes and offers the defendant adequate rehabilitation.

DATED: August 28, 2024                    /s/ R. Darren Cornforth
                                          R. Darren Cornforth, Esq.
                                          Attorney for Defendant,
                                          Siu Kong Sit