**EXHIBIT "A"**

Kwan Wai Sit & Sau Lai ,Sherry, Chui



Date:May,18,2024

Dear Honorable Judge ,

We are the parent of Siu Kong Sit , my name is Kwan Wai Sit (father) and my wife's name is Sau Lai ,Sherry, Chui (mother). I am 73 years old and my wife is 67 years old .Our family are all naturalization and became U S citizens on 1997 . Both of us are retired .

Our son , Siu Kong , is a good man and got educated in our country with good image in studying. He was the top ten in the middle school graduation and finished the mechnical engineering degree in U C Berkely . He got the Master Degree in U C Irvine .

In the past years, he loved his job and students ! He was staying in school for more than 12 hours daily , working presure caused by pandemic has worsened his health and his mental status . He realizes he lost his self-control and acts out easily . He feels extremely sad about the incident . He cried in front of us and repeatedly states he loves his jobs and students . He never has

any thoughts or intent to harm any other people !

He has no criminal record and acts in the past , has no history of violence !

Please give him another chance to serve for his country !

Your favorable consideration in this matter is greatly appreciated .
With Best Regards ,

Yours Sincerely ,

*Kwanwai Sit*

Kwan Wai Sit                    Cellphone # ███████

Sau Lai,Sherry, Chui            Cellphone# ███████

*S. L Chui*

# ARNOLD O. BECKMAN HIGH SCHOOL

*Home of the Patriots*
*2011 California Distinguished School*

3588 Bryan Avenue • Irvine, California 92602-1347 • (714)734-2900 • www.tustin.k12.ca.us/beckmanhs

Siu-Ling Sit, Science Teacher

Donnie Rafter, Principal
Penn Bushong, Assistant Principal
Devang Brahmbhatt, Assistant Principal
Mai Huynh, Assistant Principal

Date: 5/10/2024
Dear Honorable Judge:

My name is Siu-Ling Sit and I am writing to provide a character reference for Siu Kong Sit, my twin brother whom I have known for 38 years. I am aware that Siu Kong Sit is due to appear before you in court, and would like to express my support for him.
I have been working as a science teacher at Beckman High School since 2012, where Siu Kong worked as an engineering teacher and robotics coach from 2014 to 2023. During this time when we both worked at Beckman, I would visit Siu Kong on a near daily basis during afterschool robotics meetings. Through my childhood and my time working with Siu Kong, I would say I have a good gauge of Siu Kong's character and personality.
During our time working at Beckman High, Siu Kong was always a selfless and sacrificing individual who always looked to train students to become better professionals in the STEM field. Siu Kong would regularly hold robotics meetings outside of school time almost six days a week, where 8 to 48 students would be working on robotics related work. Siu Kong prioritized teaching the students to be leaders and group contributors for each other and, as a result, the robotics teams of 8 would become very self-sufficient and the senior leaders would move on from high school to become successful interns in STEM related companies. Just to name a few of these success alumni, RJ Meade, Devin Ho, and Alan Onuma all worked for SpaceX after high school, Scott Kalaf interned for a motorized skateboard company, and Alex Porter was an active member of the Purdue Space Program. While Siu Kong was coaching for the robotics program, students and parents constantly showed Siu Kong support and appreciation for his selflessness and commitment towards the success of the program, frequently throwing surprise parties on Siu Kong's birthday or end of the year parties. My memories working with Siu Kong consist of countless times talking about how each team was doing, the most current videogames and movies, and how my family was doing.
I am aware of the charges that Siu Kong Sit faces that have resulted in his removal from Beckman High School. I am still shocked regarding the charges that Siu Kong faces. Never in my 38 years of knowing my brother have I thought that this was in his normal character to do something like this. When Siu Kong got the job at Beckman, I was the one who referred him to my principal, citing his engineering background, and his ability to teach and motivate kids. The night that Siu Kong called me from prison, after his initial apology for letting me down, his immediate concern was for the robotics teams that still had upcoming state level competitions. I can only begin to fathom and sympathize with how heartbroken and sorry Siu Kong is for the countless Beckman students and peers: past, present, and future, he has let down due to his actions. I do believe that Siu Kong Sit has learned from his mistakes and is making the commitment towards becoming a good human being. I believe with his skills and his selfless personality; he can still contribute positively to society.
Thank you for considering my letter.

Sincerely,
Siu-Ling Sit

**TUSTIN UNIFIED SCHOOL DISTRICT**

Otto Sit



May 30, 2024

To the Honorable Judge,

My name is Otto Sit, and I am an elementary school music teacher. I am writing this letter in support of Siu Kong Sit, who is appearing before your court. As a cousin to me, I have known Siu Kong all my life for 30 years.

Growing up, Siu Kong has always been caring and honest to me. Whether related to school, family, or work, he was there to help me with any of these problems. To give you an example, when I was in high school, I was very overweight and had health issues. Siu Kong told me that I should become healthier and that it was very possible for me to get in shape. Rather than just telling me what to do, he went out of the way to motivate and support me by running with me everyday. He came through for me even when I didn't ask him for it.

I always thought that Siu Kong had already figured out his life. He always seemed happy with himself and was just aiming to better those around him such as the students that he taught at his job or the care for his family and friends. Seeing this perfect life, I was stunned to hear about his charges and am saddened to see these inner demons come out. I have never seen Siu Kong this distressed and remorseful for his actions. All of this is very out of character for him.

Siu Kong has made mistakes and I do not believe he should go without punishment. However, I genuinely believe that he deserves a second chance to make reparations with those who he has affected and also with himself so that he can be a better human being.

I hope this letter can go some way in convincing the court that Siu Kong is a good person and that this reference will be taken into consideration.

Sincerely,
Otto Sit

*Otto Sit* (signature)

**Raymond Sit**



May 30th, 2024

Dear Honorable Judge,

My name is Raymond Sit, and I'm reaching out to you in support of my cousin, Siu Kong Sit, who is currently navigating some challenging circumstances before the court. It's not easy for me to put into words just how much Siu Kong means to me, but I'll do my best to convey the depth of his character and the impact he's had on my life and those around him.

Siu Kong and I have known each other for almost 28 years, and in that time, I've had the privilege of witnessing his kindness, generosity, and unwavering commitment to making a positive difference in the lives of those around him. He's not just a cousin to me; he's been a constant source of support and an example of what it means to be there for the people you care about.

I want to share with you a particular moment that stands out in my mind, a time when Siu Kong's compassion truly shone through. When my father fell ill with cancer, our world was turned upside down. The weight of uncertainty and fear was almost unbearable. But in the midst of it all, Siu Kong was there for us in ways I can't even begin to describe.

He didn't just offer words of comfort; he showed up. He took us out to eat, giving us a much-needed break from the hospital visits and the endless worry. And he didn't stop there. Siu Kong understood the importance of family, of cherishing every moment together, so he made sure we spent quality time bonding over board games and shared laughter. Those moments became precious memories that helped us get through some of the darkest days.

But Siu Kong's kindness extends far beyond our family circle. He's deeply passionate about education, especially when it comes to inspiring and mentoring young minds. For example, in every conversation I had with Siu Kong, he would eagerly discuss the progress of his robotics students and the countless hours he devoted to assisting them after school. Through his patient guidance and dedication, he not only helped them understand the material but also propelled the school's robotics team to triumph in both regional and national competitions. The remarkable growth and achievements of his students stand as a testament to Siu Kong's unwavering commitment to their success.

In closing, I want to emphasize that Siu Kong Sit is more than just the sum of his mistakes. He's a man who strives to uphold integrity, compassion, and unwavering strength. His impact on our family and community is profound, and I have no doubt that he will continue to inspire and uplift those around him.

I'm grateful to you for taking the time to consider my perspective. Thank you for your attention to this matter.

Sincere Regards,

**Raymond Sit**

Name: Jessica Li
Mailing Address: [redacted]

Phone number: [redacted]
Email Address: [redacted]

May 22, 2024

Dear Honorable Judge,

My name is Jessica Li, a California licensed pharmacist currently practicing in Kaiser Permanente. I am writing to you in my capacity as a close family friend to Siu Kong Sit, whom I have known for more than 30 years. It is an honor to vouch for his character and integrity in my time knowing him. I know Siu Kong since he was 5-6 years old. I got to know Siu Kong well since I use to play at their house at least a few times every week for long hours each day. Both of our family have been very close since we met.

During the many visits to his house, Siu Kong was respectful, responsible, and hard working. He is always respectful and greets my family and me with a friendly smile when we arrive at his house for gatherings. He is respectful to his parents, aunts, and uncles. He answers to his parents and/or relatives when they ask him questions. Siu Kong is a very responsible person. His room is always clean and he organizes his work space before moving on to the next task. He is a helpful and kind person. I see him help his parents set up for dinner and help them clean up after dinner. He never hesitates to help his sister when she needs help cleaning. Also, he showed his dedicated characteristic by his best effort throughout his years in high school and college. He had top good grades in all his academic work. Siu Kong worked really hard at his goal to graduate from college. Once he got his college degrees, he went on and to start his work in teaching. He is highly dedicated in putting time and hard work to teaching his students well.

I believe that Siu Kong Sit's conduct and character are exemplary and make him deserving of your consideration. I can confirm that in all the time I have known him that Siu Kong Sit is a reliable, trustworthy person. I hope that you will give an opportunity for a second chance to Siu Kong Sit while you make a fair decision. Please feel free to contact me at the number or email address listed above should you require any further information or clarification.

Sincerely,

*[signature]*

**Jessica Li**
Kaiser Fontana Home Infusion Pharmacist Specialist
[redacted]

May 20, 2024

Dear Honorable Judge,

I am Siu Kong Sit's younger cousin, Tammy Wong. I have known Siu Kong since I was little. We grew up together. My mom would often drop me off at Siu Kong's house and he and his brother Siu Ling would watch over me while my mother was out. He would always take care of me and make sure I wasn't bored or hungry. He would even teach me mathematics when I had questions on my homework. I only have fond memories of our times growing up.

He is a very caring person and I know he is taking the time to reflect on his actions. While I know his actions have caused harm, he is very remorseful, and I know he will take this and become a more positive force for the community. I hope the court takes this letter into consideration as I ask for leniency in his sentencing.

Thank you,

*[signature]*

Tammy Wong

Oi Yan Irene Sit, Flight Attendant
Email:
Phone:
Address:
Date: 05/23/2024

Dear Honorable Judge:

My Name is Oi Yan Irene Sit, a Flight Attendant at American Airlines. I am writing to provide a character reference for my brother Siu Kong Sit, whom I have known for 38 years. I am aware that Siu Kong Sit is due to appear before you in court and would like to express my support for him.

Through my childhood and my time spent with Siu Kong, he was always a selfless, polite, responsible and respectful person. Siu Kong was always a very good student in school and a good brother in my family. Siu Kong was very passionate about his job and always spent all his time on his school's robotics program. Siu Kong always shares with me how well his student is doing in all competitions and how proud he felt about his student.

Siu Kong made a terrible mistake, and he told me he regrets what he has done. I do believe that Siu Kong Sit has learned from his mistakes and is making the commitment towards becoming a good human being. I believe that with his skills and his selflessness personally, he can still contribute positively to society. Thank you for taking the time to read my letter.

Sincerely,

Oi Yan Irene Sit

Dear Honorable Judge,

    My name is Qiao Ang, Yang (Ace), the brother-in-law of Siu Kong, Sit. I met Siu Kong's sister Oi Yan Irene, Sit 8 years ago and we married for 7 years. In my mind, Siu Kong is friendly and lovely as a brother, an uncle and even as a friend. Knowing him for almost a decade, we always come together in the family gathering, he always love to share his kindness and selflessness with the family and even to my child. I remember one time my son wants to buy a Robux at Target which costs $100, Siu Kong just grabs it without consideration and gifted to my son, as I know he wouldn't spent any extra money on his own goods, he's such a generous person to people around him, not even the family but to his friends also.

    Sometimes when we sit there watching NBA or NFL, he always shares his opinion and the memory of his high school basketball times with friends. He's also proud to tell me about his successful students in Robotic competition. He loves his job teaching the students, the future of society. His goal is to make sure all his students are able to chase their dreams and attend to their ideal college.

    Unfortunately, the situation he's facing now might destroy his goal, and he's truly regret what he has done to hurt people and his family. I strongly believe Siu Kong has learned the mistakes and will make the commitment towards becoming a successful dream chaser. And, I strongly believe Siu Kong's personality will still able to contribute positives to society.

    Your Honor, thank you for the valuable time for reading this letter, and I hope people would give him a second chance, forgiveness his mistake.

Your Sincerely,

Heidy Chow
CPA license number: 101043

███████████████

Date: ███████

Dear Honorable Judge:

My name is Heidy Chow, a California licensed CPA and also a NASDAQ listed publicly traded company CFO (SNAL). I am writing this letter to provide a character reference for Siu Kong Sit, who is currently before you in court. I have known Siu Kong for more than 25 years, and met him through his older sister when I was still in college, Siu Kong was only about 12 or 13 years old.

Throughout the years when I visited Sit's house, I have had numerous opportunities to observe Siu Kong and interact with him on various occasions. From a young age, he has consistently exhibited a polite and cheerful demeanor. Siu Kong has always been a positive, energetic, responsible and respectful little brother to me.

I am aware that Siu Kong is currently facing legal issues that have brought him before you, I want to emphasize that, in my experience, this behavior is out of character for him. He has always shown himself to be a person of good morals and integrity. Siu Kong has expressed deep remorse for his actions and is committed to making positive changes in his life.

I respectfully request that you consider this letter as a testament to Siu Kong's good character and the positive impact he has had on those around him. Siu Kong made a mistake, a big mistake, one that he deeply regrets. I am confident that he is profoundly sorry for his actions and the consequences of this mistake. His mistake has not only impacted himself personally but has also affected those around him, including his family and friends. I believe that, with the right support and guidance, Siu Kong can continue being a valuable and responsible member to the society.

Thank you for taking the time to read my letter. I am available to provide any further information or answer any questions you may have regarding Siu Kong Sit.

Sincerely,

*[signature]*

Heidy Chow

May 18th, 2024

To whom it may concern,

I am writing to provide a character reference for Siu Kong Sit. I have known Siu Kong since the 2013-14 school year when he was assigned to me as a student teacher at Beckman High School, where I am a math teacher.

During the school year, Siu Kong demonstrated dedication, reliability, and enthusiasm in his role. He effectively connected with students and employed innovative teaching methods that were well received by both students and colleagues.

Towards the end of the school year, Siu Kong moved into my mother's place and stayed there for several years. During this period, we became close friends and frequently spent time together.

I would like to share an incident that highlights Siu Kong's character. At a Math Department get-together, there was a pool, and I had my two young daughters with me, who were approximately 4 and 5 years old at the time. While they were playing on a raft in the middle of the pool, it unexpectedly flipped over. Siu Kong immediately jumped into the water and ensured that both girls were safe, for which I was truly thankful.

If you require any further information, please feel free to contact me.

Sincerely,

Johnny Gonzalez

Math Teacher, Beckman High School

**EXHIBIT "B"**

# JUN YANG, M.D., Ph.D.

Diplomate, American Board of Psychiatrist & Neurology
Lic. #A108968

25 S. Raymond Ave., #201
Alhambra, CA 91801

Tel: (626) 658-7758
Fax: (626) 741-5344

August 01, 2024

Unite State District Court
For The Central District of California
Southern Division

    RE: Siu Kong Sit DOB: 01/20/1986
    Case number: 8:24-cr-00016-JWH

**Dear Honorable Judge,**

It is certified that Mr. Siu Kong Sit has been under my comprehensive psychiatric care since March 11, 2023. He is diagnosed with major depressive disorder, single episode, severe, without psychotic features, generalized anxiety disorder and impulsive control disorder. He receives medication management from me and also sees his psychotherapist at regular basis.

Mr. Sit has been prescribed antidepressant and anxiolytic medications. He is currently taking 60 mg of Fluoxetine daily, 300 mg of Bupropion XL daily and 20 mg of Propranolol, three times a day. He has shown good response to his combination treatment. His mood related symptoms have been significantly improved. However, Mr. Sit has been under stress for his legal case. He still endorses anxiety, depression, low personal interest and sleep disturbance.

During his monthly treatment session, Mr. Sit has repeatedly expressed his regret for all his behaviors. He is deeply remorseful for his actions and acknowledges the seriousness of his conduct. From the first time when he received his initial psychological evaluation, he has had extremely painful feeling

1

to those victims who were hurt and harm he made to them. He has had a profound sense of shame when he has to face the victims, their family members, even his own parents. He fully understands that his conduct is unacceptable. He knows his conducts have caused a significant impact on others' lives. He should take full responsibility for his actions. He wishes he could have chance to make amends over rest of his life.

After receiving seventeen months' treatment, Sit reports that his psychotropic medications help stabilize his mood and relieve urge of his impulsiveness. He has exhibited progress in his treatment and functional recovery. He gains impeccable insight into the causes of his mental disorders and learns coping skill to handle stress in his life. He is very insightful and highly motivated in his current treatment. He is always punctual and conscientious in his treatment attendance. His long term prognosis is considered very positive.

Your favorable consideration in this matter is greatly appreciated. Thanks again for your understanding and careful consideration in processing his legal case. Please contact my office if you need additional information.

Respectfully yours,

Jun Yang, M.D, Ph.D.

Lic# A108968, ABPN Certified Psychiatrist