Melissa S. Rabbani (Cal. Bar No. 283993)   (714) 338-3500
Assistant United States Attorney
411 W. Fourth Street, Suite 8000
Santa Ana, California 92701-4599
Email: melissa.rabbani@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>SIU KONG SIT,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:24-CR-00016-JWH<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Government's Ex Parte Application for Order Sealing Documents; Declaration of Melissa S. Rabbani, [Proposed] Order Sealing Document
Document Under Seal

**Reason:**

[✓]  Under Seal
[ ]  In Camera
[ ]  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ]  Per Court order dated: _____
[ ]  Other:

September 9, 2024                                          /s/ Melissa S. Rabbani
Date                                                              Attorney Name
                                                                     United States of America, Plaintiff
                                                                     Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                        **NOTICE OF MANUAL FILING OR LODGING**